UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALONZO BRADLEY,<br><br>                      Plaintiff,<br><br>   v.<br><br>BONITO SALINAS, owner of Lynnwood Tire and Auto,<br><br>                      Defendant. | CASE NO. 2:20-cv-01017-JCC<br><br>**ORDER TO SHOW CAUSE RE: PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |

      On July 8, 2020, Plaintiff Alonzo Bradley filed a Declaration and Application to Proceed *In Forma Pauperis* ("IFP"). Dkt. 4.

      As a general rule, all parties instituting any civil action, suit or proceeding in a United States District Court must pay a filing fee. 28 U.S.C. § 1914(a). The Court may authorize the commencement of an action "without prepayment of fees and costs of security therefor, by a person who submits an affidavit that ... the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). Therefore, an action may proceed despite a failure to prepay the filing fee only if leave to proceed IFP is granted by the Court. *See Rodriguez v. Cook*, 169 F.3d 1178, 1177 (9th Cir.1999).

      The Ninth Circuit has held "permission to proceed [IFP] is itself a matter of privilege and not a right; denial of an [IFP] status does not violate the applicant's right to due process." *Weller*

ORDER TO SHOW CAUSE RE:
PLAINTIFF'S APPLICATION TO PROCEED
IN FORMA PAUPERIS - 1

*v. Dickson*, 314 F.2d 598, 600 (9th Cir.1963). The Court has broad discretion to grant or deny a motion to proceed IFP. *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir.1990); *Weller*, 314 F.2d at 600-601.

By filing a request to proceed IFP, Plaintiff is asking the government to incur the filing fee because he allegedly is unable to afford the costs necessary to proceed with his complaint. However, Plaintiff has not provided sufficient information, which would allow the Court to determine whether to grant his application. For example, Plaintiff did not properly complete the following portion of his application: ¶7 (monthly expenses incurred, such as housing, transportation, utilities, loan payments, or other regular monthly expenses). Plaintiff states that his monthly expenses are exactly the amount of his net monthly salary but fails to provide the itemization requested.

Accordingly, Plaintiff is **ORDERED** to provide this additional information **by July 24, 2020** so that the Court may determine whether to grant or deny his IFP application.

DATED this 10th day of July, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER TO SHOW CAUSE RE:
PLAINTIFF'S APPLICATION TO PROCEED
IN FORMA PAUPERIS - 2