UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALONZO BRADLEY,

                Plaintiffs,

  v.

BONITO SALINAS,

                Defendant.

Case No. 2:20-cv-01017-JCC

**REPORT AND RECOMMENDATION**

On July 8, 2020, Plaintiff Alonzo Bradley filed an application to proceed *in forma pauperis* ("IFP") and a proposed complaint against Bonito Salinas, requesting $10,000,000.00 for "damages from "theft, loss of property, punitive damages, anguish and conspiracies used to commit universal-Hate Crimes …while manipulating the racial tensions in the area and more." Dkt. 4; Dkt. 1.

On July 10, 2020, the Court ordered Plaintiff to provide additional information so that the Court could determine whether to grant his IFP application. Dkt. 5. Specifically, Plaintiff did not properly complete the following portion of his application: ¶7 (monthly expenses incurred, such as housing, transportation, utilities, loan payments, or other regular monthly expenses). Plaintiff states that his monthly expenses are exactly the amount of his net monthly salary but failed to provide the itemization requested. Instead, Plaintiff included the following narrative:

> I have taken significant losses under punitive stature vs the illegal bullies that have caused my losses by tyrant behaviors without fear of facing any form of

REPORT AND RECOMMENDATION - 1

justice. My income is well below my usual wages as a United Roofer Waterproofer and Allied worker Local 149 out of state. I'm currently temp employed at Express staffing and make below 40 hours a week in the state of Washington.

Dkt. 4, p. 2.

To date, Plaintiff has not corrected his deficient IFP application and the Court is unable to determine his eligibility. Accordingly, the Court recommends that Plaintiffs' IFP application be denied and that this case be dismissed without prejudice if Plaintiff does not, either pay the $400.00 filing fee or submit a completed IFP application by **August 27, 2020.**

A proposed order is attached. Objections, if any, to this Report and Recommendation must be filed no later than **September 2, 2020,** and the clerk shall note the matter ready for the Court's consideration on **September 4, 2020**.  Objections shall not exceed five (5) pages.  The failure to timely object may affect the right to appeal.  The Clerk shall send a copy of this Order to plaintiff.

DATED this 13th day of August, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION - 2