THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALONZO BRADLEY, | CASE NO. C20-1017-JCC |
| Plaintiff, | ORDER |
| v. | |
| BONITO SALINAS, | |
| Defendant. | |

This matter comes before the Court on the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 8). Having thoroughly considered the Report and Recommendation, the relevant record, and receiving no objections, the Court ORDERS that:

1. The Report and Recommendation (Dkt. No. 8) is ADOPTED.
2. The complaint is DISMISSED without prejudice.
3. The Clerk is DIRECTED to provide a copy of this order to Plaintiff and to Judge Tsuchida.

//
//
//
//

1 | DATED this 16th day of September 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE